# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| **Garry Dale Laing,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **Case No. 10-4165-CV-W-JTM** |
| | ) | |
| **Michael J. Astrue,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On Friday, August 12, 2011, the Court heard oral argument on the *Plaintiff's Appeal Brief,* filed February 22, 2011 [Doc. 13]; the *Brief For Defendant*, filed May 6, 2011 [Doc. 16]; and the *Plaintiff's Reply Brief,* filed May 31, 2011 [Doc. 17]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.


    */s/ John T. Maughmer*
**JOHN T. MAUGHMER**
**U. S. MAGISTRATE JUDGE**